JOHN F. MULVANEY, Jr., Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued April 11, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made Decem-

ber 27, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Samuel D. Morris* for appellant.

*Jesse Johnson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____